UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-01346-RGK-MBK | Date | May 14, 2026 |
|---|---|---|---|
| Title | Valverde Cantillo v. Warden | | |

| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED AS DUPLICATIVE

Petitioner Bianka Teresa Valverde Cantillo filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on March 9, 2026, in the Eastern District of California. Dkt. 1. The case was subsequently transferred to this District, (Dkt. 7), initially assigned to District Judge Stephen V. Wilson and referred to Magistrate Judge Autumn D. Spaeth, and later designated as related to *Valverde Cantillo v Warden*, 5:26-cv-01200-RGK-MBK and re-assigned to District Judge R. Gary Klausner and referred to Magistrate Judge Michael B. Kaufman. Dkt. 20.

From a review of the petitions and dockets in each case, it appears that the petitions in both cases are identical and that, due to a clerical error, the petition may have been docketed under separate case numbers and initially assigned to different judges within this District. In the related case, District Judge Klausner recently granted the petition and ordered Petitioner's release. *See* Dkt. 15, *Valverde Cantillo v Warden*, 5:26-cv-01200-RGK-MBK. It therefore appears that the petition in this matter is duplicative and there is no further relief that the Court can issue.

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE on or before May 21, 2026**, why the Petition in this case should not be dismissed without prejudice as duplicative. Alternatively, if Petitioner agrees that the Petition is duplicative, the parties may file a stipulation to dismiss this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The filing of such a stipulation shall be deemed a satisfactory response to the OSC.

**IT IS SO ORDERED.**